**Electronically Filed**
**Supreme Court**
**SCWC-11-0000317**
**27-DEC-2013**
**11:32 AM**

SCWC-11-0000317

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ERIC J. MINTON and RICHARD M. STANLEY,
Petitioners/Plaintiffs-Appellants,

vs.

SIDNEY A. QUINTAL, JOHN C. FUHRMANN,
CITY AND COUNTY OF HONOLULU,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000317; CIV. NO. 07-1-2354)

ORDER OF CORRECTION
(By: Recktenwald, C.J., Nakayama, and Pollack, JJ.,
Circuit Judge Castagnetti, in place of Acoba J., recused,
and Circuit Judge Kim, in place of McKenna, J., recused)

IT IS HEREBY ORDERED that the Opinion of the Court,

filed on December 13, 2013, is corrected as follows:

1. On page 9, line 15:

Insert quotation marks around the word "drops" and add

"(sic)" so that as corrected the line reads: a person who moves

the "drops" (sic) in the concert hall.

2. On page 65, line 8:

Delete "§"

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, December 27, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Jeannette H. Castagnetti

/s/ Glenn J. Kim